# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DALE MITCHELL,

*Plaintiff*

v.

SPENCER FOX, ET AL.,

*Defendant*

) ) ) ) )

Civil Action No.  CV-12-5150-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This matter came on regularly for hearing before Chief United States District Judge Rosanna Malouf Peterson on Defendants' Motion to Strike and Defendants' Motion for Summary Judgment. Defendants' Motion to Strike was granted in part and denied in part. Defendants' Motion for Summary Judgment was granted in part and denied in part. See Order Regarding Defendants' Motions to Strike and for Summary Judgment filed on 2/04/14, ECF No. 60. Judgment is hereby entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  February 4, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb